UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
DEBORAH C. HARTE on behalf of herself and :
all others similarly situated, : Civil Action No. 2:13-cv-5410-LDW-
: AKT
Plaintiff, :
:
v. :
: **AFFIDAVIT OF**
OCWEN FINANCIAL CORP. and OCWEN : **R. BRUCE ALLENSWORTH**
LOAN SERVICING, LLC, : **IN SUPPORT OF MOTION TO ADMIT**
: **COUNSEL PRO HAC VICE**
Defendants. :
:
-----------------------------------------------------------x

Commonwealth of Massachusetts )
) ss:
County of Suffolk )

R. Bruce Allensworth, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of K&L Gates LLP, located at State Street Financial Center, One Lincoln Street, Boston, MA 02111. K&L Gates LLP represents defendants Ocwen Loan Servicing, LLC and Ocwen Financial Corporation in the above-captioned action.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendants Ocwen Loan Servicing, LLC and Ocwen Financial Corporation.

Dated: 4 October 2013

Respectfully submitted,

R. Bruce Allensworth
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
E-mail: bruce.allensworth@klgates.com

*Attorney for Defendants Ocwen Loan Servicing, LLC and Ocwen Financial Corporation*

Sworn to before me this
4th day of October, 2013

Notary Public

BEATRIZ C. BALMACEDA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 30, 2017