UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DEBORAH C. HARTE on behalf of
herself and all others similarly situated,

                Plaintiff,

  v.

OCWEN FINANCIAL CORP. and OCWEN
LOAN SERVICING, LLC,

                Defendants.
----------------------------------------------------------x

Civil Action No. 2:13-cv-5410-LDW-AKT

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that R. Bruce Allensworth of the law firm K&L Gates LLP hereby enters his appearance in the above-captioned action as an attorney of record for Defendants Ocwen Loan Servicing, LLC ("Ocwen Loan") and Ocwen Financial Corporation ("Ocwen Financial") (collectively "Defendants"). The undersigned was admitted to practice *pro hac vice* on October 15, 2013, and ensures that the $25.00 admission fee has been submitted to the Clerk's Office. The undersigned requests that all notices given or required to be given in this case and all papers filed in this case be served upon the undersigned.

      Defendants are submitting this appearance, through their undersigned attorney, without waiver of any rights or defenses, including but not limited to those relating to personal jurisdiction, all of which are expressly reserved for subsequent presentation to the Court.

- 2 -

Dated: October 17, 2013					OCWEN LOAN SERVICING, LLC and
								OCWEN FINANCIAL CORPORATION,

								By their attorney,


								*/s/ R. Bruce Allensworth*
								R. Bruce Allensworth
								K&L GATES LLP
								State Street Financial Center
								One Lincoln Street
								Boston, MA  02111
								Tel: (617) 261-3100
								Fax: (617) 261-3175
								E-mail: bruce.allensworth@klgates.com

								*Counsel for Defendants Ocwen Loan Servicing, LLC and Ocwen Financial Corporation*

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on October 17, 2013, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                */s/ R. Bruce Allensworth*
                R. Bruce Allensworth