**K&L GATES**

K&L GATES LLP
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111
T +1 617 261 3100   F +1 617 261 3175   klgates.com

January 21, 2014

Brian M Forbes
brian.m.forbes@klgates.com

T +1 617 261 3152
F +1 617 261 3175

**Via Electronic Filing/ECF**

The Honorable Judge Leonard D. Wexler
United States District Judge
United States District Court for the Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY  11722

Re: <u>Harte v. Ocwen Financial Corporation and Ocwen Loan Servicing, LLC</u>,
      Civil Action No. 2:13-cv-5410-LDW-AKT (E.D.N.Y.)

Dear Judge Wexler:

      K&L Gates LLP represents Defendants Ocwen Financial Corporation ("Ocwen Financial") and Ocwen Loan Servicing, LLC ("OLS") (collectively "Defendants") in the above-referenced action.

      Pursuant to the enclosed Stipulation for Enlargement of Time to File Reply Memoranda in Support of Motions to Dismiss, Plaintiff and Defendants have stipulated and agreed to, and hereby respectfully request, an enlargement of Defendants' time to serve their reply memoranda in support of their respective motions to dismiss and to file the fully-briefed motion packages with the Court by eight (8) days, up to and including February 7, 2014.  The present request is the first request for an enlargement of any deadline in connection with Defendants' motions to dismiss.

      Please do not hesitate to contact me if you have any questions.

Very truly yours,

Brian M Forbes

Enclosure
cc:  All Counsel of Record (via ECF)