UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
DEBORAH HARTE, *on behalf of herself and all others similarly situated*,

                Plaintiff,                  JUDGMENT
                                                13-CV-5410 (MKB) (RER)

    v.

OCWEN FINANCIAL CORP. and OCWEN LOAN
SERVICING, LLC,

                Defendants.
------------------------------------------------------------------------- X

       A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on August 22, 2019, granting Defendants' motion for summary judgment; and dismissing Plaintiff's claims; it is

       ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that Plaintiff's claims are dismissed.

Dated: Brooklyn, NY                                    Douglas C. Palmer
        August 23, 2019                               Clerk of Court

                                                       By:    /s/*Jalitza Poveda*
                                                                   Deputy Clerk